IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
02 JUN 28 PM 3:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| ERVIN DEWAYNE KEY, | ) |
| Plaintiff, | ) |
| vs. | ) CV-00-S-3108-NE |
| AMANDA TERRY, ET AL., | ) |
| Defendants. | ) |

ENTERED
JUN 28 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 7, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 28th day of June, 2002.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Report and Recommendation mailed to plaintiff at the address provided by him was returned to the court by the United States Postal Service as undeliverable. A court employee contacted the Jefferson County Jail in an effort to obtain a forwarding address for plaintiff and was informed that plaintiff was released from the jail on July 10, 2001. The court employee inquired about a forwarding address and was informed that there was no forwarding address on record for plaintiff at the Jefferson County Jail. It is noted that although plaintiff was released from the jail almost a year ago, he has failed to notify the court of any change in his address.